LVNV Funding, LLC
P.O. Box 10497
Greenville, NC 29603


American Express
c/o Bierer, Margolis & Curtis, P.A.
P O Box 41667
Baltimore, MD 21203


American Express
c/o Zwicker & Associates
800 Federal Street
Andover, MA 01810


America's Servicing Co.
7495 Horizon Way
Frederick, MD 21703


America's Servicing Company
P O Box 37297
Baltimore, MD 21297


Beneficial/HFC
961 N.  Wiegel Avenue
Elmhurst, IL 60126


CACH, LLC
c/o Bronson & Migliaccio, LLP
808 Landmark Drive
Suite 227
Glen Burnie, MD 21061


Capital One
P.O. Box 85520
Internal Zip 12030-163
Richmond, VA 23285


Capital One
c/o  Peroutka & Peroutka PA
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

```
Capital One
15000 Capital One
Richmond, VA 23238



Capital One Bank
c/o Encore Recievable Management
400 N Rogers
P O Box 3330
Olathe, KS 66063

Capital One Bank
c/o Account Solutions Group, LLC
P O Box 628
Buffalo, NY 14240



Capital One Bank
P.O. Box 85015
Richmond, VA 23285



Capital One Bank
P O Box 70884
Charlotte, NC 28272



Capital One Group
c/o Account Solutions Group
6341 Inducon Drive East
Sanborn, NY 14132



Cecil County, Maryland
Attn: Pamela Howard, Treasuer
129 E. Main Street, Room 117
Elkton, MD 21921



Citibank USA NA
110 Lake Drive
Pencader Corp Center
Newark, DE 19702



Comcast
P.O. Box 3005
Southeastern, PA 19398
```

Comcast Southern Philadelphia
c/o Eastern Account System
75 Glen Street
Suite 110
Sandy Hook, CT 06482


Direct Loan
P.O. Box 7202
Utica, NY 13504



Direct Loan Servicing System
P.O. 5609
Greenville, TX 75403



U S Department of Education
P O Box 530260
Atlanta, GA 30353



Direct Loans
P.O. Box 7202
Utica, NY 13504



Direct Loan Servicing System
P.O. Box 5609
Greenville, TX 75403



Finance Maryland, LLC
135 Big Elk Mall
Elkton, MD 21921



FRDF/Citibank South Dakota
P.O. Box 9714
Gray, TN 37615



Fred Meyer - FX/CBUSA NA
110 Lake Drive
Attn: S. Walker
Pencader Corp Center
Newark, NJ 07104

Fred Meyer/Citibank South Dakota
P.O. Box 6003
Hagerston, MD 21747


GMAC Mortgage
c/o The Fisher Law Group
9440 Pennsylvania Avenue
Suite 350
Upper Marlboro, MD 20772

GMAC Mortgage
P O Box 830117
Baltimore, MD 21283


GMAC Mortgage
P.O. Box 4622
Waterloo, IA 50704


GMAC Mortgage Company
3451 Hammond Avenue
P.O. Box 780
Waterloo, IA 50704


GMAC Mortgage Company
P O Box 780
Waterloo, IA 50704


Household Finance, Inc.
c/o Peroutka & Peroutka, PA
8028 Richie Highway, Suite 300
Pasadena, MD 21122


HSBC Card Services
P O Box 17051
Baltimore, MD 21297


Beneficial/HFC
P.O. Box 1547
Chesapeake, VA 23327

HSBC/Comp USA
P.O. Box 15524
Wilmington, DE 19850


Korman Suites at IC Chalets
c/o Cavalier Property Services Inc.
101 Route 130
Cinnaminson, NJ 08077


Leroy Barger
1223 Appleton Road
Elkton, MD 21921


Leroy Barger
1223 Appleton Road
Elkton, MD 21291


Leroy Barger
1223 Appleton Drive
Elkton, MD 21921


Leroy G Barger
1223 Appleton Road
Elkton, MD 21921


Littman & Barclay Plan
Processing Center
Des Moines, IA 50364


Middletown Family Dentistry
102 Sleepy Hollow Drive
Suite 100
Middletown, DE 19709


National Attorney Network/Capital O
c/o Peroutka & Peroutka, PA
8028 Richie Highway, Suite 300
Pasadena, MD 21122

Peco Energy Company
c/o NCO Financial
P.O. Box 41466
Philadelphia, PA 19101


Pier 1 Imports
P O Box 745011
Cincinnati, OH 45274


Pier 1 Imports
9111 Duke Boulevard
Mason, OH 45040


PNC Bank
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


PNC Bank
c/o NCO Financial Systems, Inc.
P.O. Box 15630
Wilmington, DE 19850


Radio Shack
P O Box 9025
Des Moines, IA 50368


Radio Shack
c/o LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Radio Shack/CBSD
P.O. Box 6003
Hagerstown, MD 21747


Radio Shack/Citibank South Dakota
c/o NCO Financial Systems
P.O. Box 15889
Wilmington, DE 19850

Radio Shack/Citibank South Dakota
P.O. Box 689183
Des Moines, IA 50368


Radio Shack/SPS
110 Lake Drive
Attn: Sue Walker
110 Lake Drive
Newark, DE 19702

Rehabiliation Associates, P A
Glasgow Medical Center
2600 Glasgox Avenue
Suite 205
Newark, DE 19702

Retail Services/Comp USA
P O Box 17298
Baltimore, MD 21297


School of Small Business Management
430 Technology Parkway
Norcross, GA 30093


Spiegel
101 Crossway Park West
Woodbury, NY 11797


Staples Credit Plan
Dept 51 7872517387
P O Box 689020
Des Moines, IA 50368


The Home Depot/Citibank South Dakot
P.O. Box 6003
Hagerston, MD 21747


US Department of Education
501 Bleecker Street
Utica, NY 13501

Value City Furniture
P.O. Box 182273
Columbus, OH 43218


Video Showplace of Newark
Bordel & Associates, Inc.
7454 Lancaster Pike #306
Hockessin, DE 19707


Wells Fargo Financial
c/o Anchor Receivables Management
P.O. Box 41003
Norfolk, VA 23541


Wells Fargo Financial
23 Pasteur
Irvine, CA 92618


Wells Fargo Financial
5 Bel Air South Parkway 1577
Bel Air, MD 21015


WFNNB/Value City
P.O. Box 182273
Columbus, OH 43218


WFNNB/Value City Furniture
P O Box 659704
San Antonio, TX 78265


Wilmington Savings Fund SO
838 N. Market Street
2nd Floor
Wilmington, DE 19801


WSFS
838 Market Street
Wilmington, DE 19801

```
WSFS Bank
c/o Glenn Associates Mid Atlantic
P O Box 159
Laurel, MD 20725
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In re:  **Roxanne Jordan Barger**

Debtor

Case No. _____

Chapter  **13** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **9** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **12/4/2006** _____

Signed: **s/ Roxanne Jordan Barger** _____
**Roxanne Jordan Barger**

Signed: **/s/Lawrence A. Price, Jr.** _____
**Lawrence A. Price, Jr.**
Attorney for Debtor(s)
Bar no.:        **07047**
**Lawrence A. Price, Jr., P.A.**
**808 S. Main Street**
**Bel Air, MD 21014**
Telephone No.:        **410-879-7699**
Fax No.:        **410-836-8837**
E-mail address:

Official Form 1 (10/06)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Barger, Roxanne Jordan** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**8650** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1223 Appleton Road**<br>**Elkton, MD**<br>ZIP CODE **21921** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cecil** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☑ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☑ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Roxanne Jordan Barger** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X   **/s/Lawrence A. Price, Jr.**       **12/4/2006** |
| | Signature of Attorney for Debtor(s)      Date |
| | **Lawrence A. Price, Jr.**      **07047** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

     ☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

     ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

     ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

     ☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

     ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

     ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

                    _____

                    (Name of landlord that obtained judgment)

                    _____

                    (Address of landlord)

     ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

     ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Official Form 1 (10/06)**                                                                 **FORM B1**, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Roxanne Jordan Barger** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Roxanne Jordan Barger**
Signature of Debtor    **Roxanne Jordan Barger**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**12/4/2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/Lawrence A. Price, Jr.**
Signature of Attorney for Debtor(s)

**Lawrence A. Price, Jr.,  07047**
Printed Name of Attorney for Debtor(s) / Bar No.

**Lawrence A. Price, Jr., P.A.**
Firm Name

**808 S. Main Street  Bel Air, MD 21014**
Address

**410-879-7699**                    **410-836-8837**
Telephone Number

**12/4/2006**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

Address

X **Not Applicable**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

FORM B6A
(10/05)

In re:  **Roxanne Jordan Barger**                                          Case No. _____
                          Debtor                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **House - 1223 Appleton Road, Elkton, MD 21921 (Tenants by the entirety with Leroy G Barger)** | **Fee Owner** | | **$ 375,000.00** | **$ 320,696.00** |
| | Total ➢ | | **$ 375,000.00** | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **Roxanne Jordan Barger** _____,     Case No. _____

Debtor                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chesnut Run Federal Credit Union - checking** | | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods - see attached list** | | 1,254.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing - see attached list** | | 200.00 |
| 7. Furs and jewelry. | | **Jewelry - see attached list** | | 90.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Roxanne Jordan Barger**                                        ,          Case No. _____

                                    Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **100% Ownership interest in Dollar Power, Inc. (Delaware Corporation) Vlalued at Net Book Value as of 10/27/2006** | | **68,878.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Form B6B-Cont.
(10/05)

In re   **Roxanne Jordan Barger**
_____,          Case No. _____
                        Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_   continuation sheets attached                          Total  ▸          **$ 70,423.00**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

Form B6C
(10/05)

In re    **Roxanne Jordan Barger**                                    Case No. _____
                            Debtor                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $125,000.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **100% Ownership interest in Dollar Power, Inc. (Delaware Corporation) Vlalued at Net Book Value as of 10/27/2006** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **5,800.00** | **68,878.00** |
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **3,081.00** | |
| **Clothing - see attached list** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **200.00** | **200.00** |
| **House - 1223 Appleton Road, Elkton, MD 21921 (Tenants by the entirety  with Leroy G Barger)** | **Md Common Law (Sumy v.Schlossberg) Except for Joint Debts** | **54,304.00** | **375,000.00** |
| **Household Goods - see attached list** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **254.00** | **1,254.00** |
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | **1,000.00** | |
| **Jewelry - see attached list** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **90.00** | **90.00** |

Official Form 6D (10/06)

In re **Roxanne Jordan Barger** _____ .   Case No. _____
                              Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6955**<br>**America's Servicing Company**<br>**P O Box 37297**<br>**Baltimore, MD 21297**<br><br>**America's Servicing Co.**<br>**7495 Horizon Way**<br>**Frederick, MD 21703** | X | | **Second Lien on Residence**<br>**House - 1223 Appleton Road, Elkton,**<br>**MD 21921 (Tenants by the entirety**<br>**with Leroy G Barger)**<br>_____<br>**VALUE $375,000.00** | | | | 63,000.00 | 0.00 |
| ACCOUNT NO. **2802**<br>**Cecil County, Maryland**<br>**Attn: Pamela Howard, Treasurer**<br>**129 E. Main Street, Room 117**<br>**Elkton, MD 21921** | X | | **Statutory Lien**<br>**House - 1223 Appleton Road, Elkton,**<br>**MD 21921 (Tenants by the entirety**<br>**with Leroy G Barger)**<br>_____<br>**VALUE $375,000.00** | | | | 962.00 | 0.00 |

1     continuation sheets
       attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| $ | 63,962.00 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6D (10/06) - Cont.**

In re **Roxanne Jordan Barger**                                    .          Case No. _____

                                   **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3645** | **X** | | | | | | **256,734.00** | **0.00** |
| **GMAC Mortgage P O Box 830117 Baltimore, MD 21283** | | | **First Lien on Residence House - 1223 Appleton Road, Elkton, MD 21921 (Tenants by the entirety with Leroy G Barger)** | | | | | |
| | | | _____ | | | | | |
| **GMAC Mortgage c/o The Fisher Law Group 9440 Pennsylvania Avenue Suite 350 Upper Marlboro, MD 20772** | | | **VALUE $375,000.00** | | | | | |
| **GMAC Mortgage Company P O Box 780 Waterloo, IA 50704** | | | | | | | | |
| **GMAC Mortgage Company 3451 Hammond Avenue P.O. Box 780 Waterloo, IA 50704** | | | | | | | | |
| **GMAC Mortgage P.O. Box 4622 Waterloo, IA 50704** | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | | |
|---|---|---|
| **$** | **256,734.00** | **$**       **0.00** |
| **$** | **320,696.00** | **$**       **0.00** |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (10/06)

In re **Roxanne Jordan Barger** _____    Case No. _____
                                          Debtor                                                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**Official Form 6E (10/06) - Cont.**

In re  **Roxanne Jordan Barger**                                          .                    Case No. _____
                              Debtor                                                                              (If known)

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2  continuation sheets attached**

Official Form 6E (10/06) - Cont.

In re **Roxanne Jordan Barger**          Case No. _____
                                                    (If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **6503**<br>**Direct Loan Servicing System**<br>**P.O. Box 5609**<br>**Greenville, TX 75403**<br><br>**US Department of Education**<br>**501 Bleecker Street**<br>**Utica, NY 13501**<br><br>**Direct Loans**<br>**P.O. Box 7202**<br>**Utica, NY 13504** | | | **student loan - currently in deferment** | | | | 1,385.00 | 0.00 | 1,385.00 |
| ACCOUNT NO.    **8650**<br>**U S Department of Education**<br>**P O Box 530260**<br>**Atlanta, GA 30353**<br><br>**Direct Loan Servicing System**<br>**P.O. 5609**<br>**Greenville, TX 75403**<br><br>**US Department of Education**<br>**501 Bleecker Street**<br>**Utica, NY 13501**<br><br>**Direct Loan**<br>**P.O. Box 7202**<br>**Utica, NY 13504** | | | **student loan - currently in deferment** | | | | 18,651.00 | 0.00 | 18,651.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ **20,036.00** | $ 0.00 | $ **20,036.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **20,036.00** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ **20,036.00** |

Official Form 6F (10/06)

In re  **Roxanne Jordan Barger**                                          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2003**<br><br>**American Express<br>c/o Bierer, Margolis & Curtis, P.A.<br>P O Box 41667<br>Baltimore, MD 21203**<br><br>**American Express<br>c/o Zwicker & Associates<br>800 Federal Street<br>Andover, MA 01810** | X | | **revolving credit** | | | X | 6,392.23 |
| ACCOUNT NO.  **4134**<br><br>**CACH, LLC<br>c/o Bronson & Migliaccio, LLP<br>808 Landmark Drive<br>Suite 227<br>Glen Burnie, MD 21061** | | | **revolving creditor, original creditor, Household Bank** | | | | 1,623.70 |

    9   Continuation sheets attached

                                                                      Subtotal  ➢   | $ |        8,015.93 |

                                                                         Total  ➢   | $ |                 |

                                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                  **Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Roxanne Jordan Barger**                                    Case No. _____
_____                                              (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8651** | | | | | | | **1,719.80** |
| **Capital One Bank** **P O Box 70884** **Charlotte, NC 28272** | | | revolving credit | | | | |
| **Capital One Bank** **c/o Account Solutions Group, LLC** **P O Box 628** **Buffalo, NY 14240** | | | | | | | |
| **Capital One Bank** **c/o Encore Recievable Management** **400 N Rogers** **P O Box 3330** **Olathe, KS 66063** | | | | | | | |
| **Capital One Group** **c/o Account Solutions Group** **6341 Inducon Drive East** **Sanborn, NY 14132** | | | | | | | |
| **Capital One** **15000 Capital One** **Richmond, VA 23238** | | | | | | | |
| **Capital One Bank** **P.O. Box 85015** **Richmond, VA 23285** | | | | | | | |
| **Capital One** **P.O. Box 85520** **Internal Zip 12030-163** **Richmond, VA 23285** | | | | | | | |
| **Capital One** **c/o Peroutka & Peroutka PA** **8028 Ritchie Highway** **Suite 300** **Pasadena, MD 21122** | | | | | | | |

Sheet no. _1_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | **1,719.80** |

Total  ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Roxanne Jordan Barger**                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6786** | | | revolving credit | | | | 598.89 |
| **Capital One Bank** P O Box 70884 Charlotte, NC 28272 | | | | | | | |
| **Capital One** 15000 Capital One Richmond, VA 23238 | | | | | | | |
| **Capital One** P.O. Box 85520 Internal Zip 12030-163 Richmond, VA 23285 | | | | | | | |
| ACCOUNT NO. **8014** | | | services rendered | | | | 239.08 |
| **Comcast** P.O. Box 3005 Southeastern, PA 19398 | | | | | | | |
| **Comcast Southern Philadelphia** c/o Eastern Account System 75 Glen Street Suite 110 Sandy Hook, CT 06482 | | | | | | | |
| ACCOUNT NO. **0021** | | | money loaned | | | | 2,106.00 |
| **Finance Maryland, LLC** 135 Big Elk Mall Elkton, MD 21921 | | | | | | | |
| ACCOUNT NO. **0202** | | | revolving credit | | | | 832.00 |
| **FRDF/Citibank South Dakota** P.O. Box 9714 Gray, TN 37615 | | | | | | | |

Sheet no. _2_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  3,775.97

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Roxanne Jordan Barger**                                      Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0615**<br><br>**Fred Meyer/Citibank South Dakota**<br>**P.O. Box 6003**<br>**Hagerston, MD 21747**<br><br><br>**Fred Meyer - FX/CBUSA NA**<br>**110 Lake Drive**<br>**Attn: S. Walker**<br>**Pencader Corp Center**<br>**Newark, NJ 07104** | | | **revolving credit** | | | | **832.00** |
| ACCOUNT NO.  **9530**<br><br>**Household Finance, Inc.**<br>**c/o Peroutka & Peroutka, PA**<br>**8028 Richie Highway, Suite 300**<br>**Pasadena, MD 21122**<br><br>**Beneficial/HFC**<br>**P.O. Box 1547**<br>**Chesapeake, VA 23327**<br><br>**Beneficial/HFC**<br>**961 N. Wiegel Avenue**<br>**Elmhurst, IL 60126** | X | | **revolving credit, original creditor, Beneficial Md, Inc.** | | | | **11,215.14** |
| ACCOUNT NO.  **6277**<br><br>**HSBC Card Services**<br>**P O Box 17051**<br>**Baltimore, MD 21297** | | | **revolving credit** | | | | **1,431.39** |
| ACCOUNT NO.  **8650**<br><br>**Korman Suites at IC Chalets**<br>**c/o Cavalier Property Services Inc.**<br>**101 Route 130**<br>**Cinnaminson, NJ 08077** | X | | **rent** | | | | **2,409.00** |

Sheet no. _3_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **15,887.53**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Roxanne Jordan Barger**                                          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **0615**<br><br>**Littman & Barclay Plan Processing Center Des Moines, IA 50364** | | | revolving credit | | | | 564.01 |
| ACCOUNT NO.    **9277**<br><br>**LVNV Funding, LLC P.O. Box 10497 Greenville, NC 29603** | | | revolving credit, original creditor, Comp USA | | | | 4,527.00 |
| ACCOUNT NO.    **1668**<br><br>**Middletown Family Dentistry 102 Sleepy Hollow Drive Suite 100 Middletown, DE 19709** | | | services rendered | | | | 106.50 |
| ACCOUNT NO.    **8960**<br><br>**National Attorney Network/Capital One c/o Peroutka & Peroutka, PA 8028 Richie Highway, Suite 300 Pasadena, MD 21122** | | | revolving credit, original creditor Capital One | | | | 1,639.14 |
| ACCOUNT NO.    **4757**<br><br>**Peco Energy Company c/o NCO Financial P.O. Box 41466 Philadelphia, PA 19101** | | | services rendered | | | | 237.00 |

Sheet no.  4 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **7,073.65**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Roxanne Jordan Barger**                                        Case No. _____
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **8267**<br><br>**Pier 1 Imports**<br>**P O Box 745011**<br>**Cincinnati, OH 45274**<br><br><br>**Pier 1 Imports**<br>**9111 Duke Boulevard**<br>**Mason, OH 45040** | X | | revolving credit | | | | 569.51 |
| ACCOUNT NO.   **6554**<br><br>**PNC Bank**<br>**c/o NCO Financial Systems, Inc.**<br>**P.O. Box 15630**<br>**Wilmington, DE 19850**<br><br>**PNC Bank**<br>**c/o NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | bank fees | | | | 82.50 |

Sheet no.  5 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▸ | $ | 652.01

Total  ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Roxanne Jordan Barger**                                    Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3345** | | | | | | | **883.56** |
| **Radio Shack**<br>**P O Box 9025**<br>**Des Moines, IA 50368**<br><br>**Radio Shack**<br>**c/o LTD Financial Services**<br>**7322 Southwest Freeway**<br>**Suite 1600**<br>**Houston, TX 77074**<br><br>**Radio Shack/Citibank South Dakota**<br>**c/o NCO Financial Systems**<br>**P.O. Box 15889**<br>**Wilmington, DE 19850**<br><br>**Radio Shack/CBSD**<br>**P.O. Box 6003**<br>**Hagerstown, MD 21747**<br><br>**Radio Shack/Citibank South Dakota**<br>**P.O. Box 689183**<br>**Des Moines, IA 50368**<br><br>**Radio Shack/SPS**<br>**110 Lake Drive**<br>**Attn: Sue Walker**<br>**110 Lake Drive**<br>**Newark, DE 19702** | | | revolving credit | | | | |
| ACCOUNT NO.   **2683** | | | | | | | **2,849.02** |
| **Rehabiliation Associates, P A**<br>**Glasgow Medical Center**<br>**2600 Glasgox Avenue**<br>**Suite 205**<br>**Newark, DE 19702** | | | services rendered | | | | |

Sheet no. <u>6</u> of <u>9</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **3,732.58**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re __Roxanne Jordan Barger_____    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9277**<br><br>**Retail Services/Comp USA**<br>**P O Box 17298**<br>**Baltimore, MD 21297**<br><br><br>**HSBC/Comp USA**<br>**P.O. Box 15524**<br>**Wilmington, DE 19850** | | | **revolving credit** | | | | 2,602.16 |
| ACCOUNT NO.  **1969**<br><br>**School of Small Business Management**<br>**430 Technology Parkway**<br>**Norcross, GA 30093** | | | **services rendered** | | | | 118.00 |
| ACCOUNT NO.  **1085**<br><br>**Spiegel**<br>**101 Crossway Park West**<br>**Woodbury, NY 11797** | | | **revolving credit** | | | | 711.00 |
| ACCOUNT NO.  **7387**<br><br>**Staples Credit Plan**<br>**Dept 51 7872517387**<br>**P O Box 689020**<br>**Des Moines, IA 50368** | | | **revolving credit** | | | | 385.80 |

Sheet no. _7_ of _9_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal    ➤   $        3,816.96

Total    ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Official Form 6F (10/06) - Cont.**

In re **Roxanne Jordan Barger**                                              Case No. _____

Debtor                                                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0113** | **X** | | | | | | **2,619.00** |
| **The Home Depot/Citibank South Dakota** **P.O. Box 6003** **Hagerston, MD 21747** | | | revolving credit | | | | |
| **Citibank USA NA** **110 Lake Drive** **Pencader Corp Center** **Newark, DE 19702** | | | | | | | |
| ACCOUNT NO.  **0899** | | | | | | | **91.50** |
| **Video Showplace of Newark** **Bordel & Associates, Inc.** **7454 Lancaster Pike #306** **Hockessin, DE 19707** | | | personal loan | | | | |
| ACCOUNT NO.  **0524** | | | | | | | **1,147.00** |
| **Wells Fargo Financial** **5 Bel Air South Parkway 1577** **Bel Air, MD 21015** | | | personal loan | | | | |
| **Wells Fargo Financial** **c/o Anchor Receivables Management** **P.O. Box 41003** **Norfolk, VA 23541** | | | | | | | |
| **Wells Fargo Financial** **23 Pasteur** **Irvine, CA 92618** | | | | | | | |

Sheet no.  8 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | **3,857.50**

Total  ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Roxanne Jordan Barger**                                              Case No. _____
                              Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1514** | X | | | | | | **2,128.65** |
| **WFNNB/Value City Furniture** P O Box 659704 San Antonio, TX 78265  **WFNNB/Value City** P.O. Box 182273 Columbus, OH 43218  **Value City Furniture** P.O. Box 182273 Columbus, OH 43218 | | | revolving credit | | | | |
| ACCOUNT NO.  **0816** | | | | | | | **394.00** |
| **Wilmington Savings Fund SO** 838 N. Market Street 2nd Floor Wilmington, DE 19801 | | | revolving credit | | | | |
| ACCOUNT NO.  **6348** | | | | | | | **393.74** |
| **WSFS Bank** c/o Glenn Associates Mid Atlantic P O Box 159 Laurel, MD 20725  **WSFS** 838 Market Street Wilmington, DE 19801 | | | revolving credit | | | | |

Sheet no.  9 of 9 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | **2,916.39** |

Total  ➤  | $ | **51,448.32** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re: **Roxanne Jordan Barger**                              Case No. _____
                          Debtor                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re:  **Roxanne Jordan Barger**                                    Case No. _____
                                  Debtor                                                        (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leroy Barger<br>1223 Appleton Road<br>Elkton, MD 21291** | **American Express<br>c/o Bierer, Margolis & Curtis, P.A.<br>P O Box 41667<br>Baltimore, MD 21203** |
| **Leroy G Barger<br>1223 Appleton Road<br>Elkton, MD 1921** | **America's Servicing Company<br>P O Box 37297<br>Baltimore, MD 21297** |
| **Leroy Barger<br>1223 Appleton Drive<br>Elkton, MD 1921** | **Cecil County, Maryland<br>Attn: Pamela Howard, Treasuer<br>129 E. Main Street, Room 117<br>Elkton, MD 1921** |
| **Leroy G Barger<br>1223 Appleton Road<br>Elkton, MD 1921** | **GMAC Mortgage<br>P O Box 830117<br>Baltimore, MD 21283** |
| **Leroy Barger<br>1223 Appleton Road<br>Elkton, MD 1921** | **Household Finance, Inc.<br>c/o Peroutka & Peroutka, PA<br>8028 Richie Highway, Suite 300<br>Pasadena, MD 21122** |
| **Leroy Barger<br>1223 Appleton Road<br>Elkton, MD 21291** | **Korman Suites at IC Chalets<br>c/o Cavalier Property Services Inc.<br>101 Route 130<br>Cinnaminson, NJ 08077** |
| **Leroy Barger<br>1223 Appleton Road<br>Elkton, MD 1921** | **Pier 1 Imports<br>P O Box 745011<br>Cincinnati, OH 45274** |
| **Leroy Barger<br>1223 Appleton Road<br>Elkton, MD 1921** | **The Home Depot/Citibank South Dakota<br>P.O. Box 6003<br>Hagerston, MD 21747** |
| **Leroy Barger<br>1223 Appleton Road<br>Elkton, MD 1921** | **WFNNB/Value City Furniture<br>P O Box 659704<br>San Antonio, TX 78265** |

**Official Form 6I (10/06)**

In re **Roxanne Jordan Barger**                        Case No. _____
_____
Debtor                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **married/separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Student/Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ _____ |
| 2. Estimate monthly overtime | $ 0.00 | $ _____ |
| 3. SUBTOTAL | $ 0.00 | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ _____ |
| b. Insurance | $ 0.00 | $ _____ |
| c. Union dues | $ | $ _____ |
| d. Other (Specify) _____ | $ 0.00 | $ _____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ _____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ _____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ _____ |
| 8. Income from real property | $ 0.00 | $ _____ |
| 9. Interest and dividends | $ 0.00 | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ _____ |
| 11. Social security or other government assistance (Specify) **Social Security** | $ 1,654.00 | $ _____ |
| 12. Pension or retirement income | $ 0.00 | $ _____ |
| 13. Other monthly income (Specify) **Dividend Distributions from Dollar Power Inc.** | $ 2,317.00 | $ _____ |
| **Energy Assistance (Average Monthly Amount)** | $ 106.33 | $ _____ |
| **Food Stamps** | $ 284.00 | $ _____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 4,361.33 | $ _____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,361.33 | $ _____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 4,361.33 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Debtor is separated from her spouse, who is curently enrolled in a drug rehabilation program.Spouse has no income and has not been employed in 2006. Debtor's spouse uses 1223 Appleton Road as his mailing address, but does currently reside with debtor.**

**Official Form 6J (10/06)**

In re **Roxanne Jordan Barger** , Case No. _____

Debtor (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,981.34 |
| a. Are real estate taxes included? Yes ____ No ✓ | | |
| b. Is property insurance included? Yes ____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 47.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other **telephone/cell phone/internet** | $ | 191.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 30.00 |
| 4. Food | $ | 325.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 29.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 178.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **real estate** | $ | 104.16 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,085.50**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,361.33 |
| b. Average monthly expenses from Line 18 above | $ | 3,085.50 |
| c. Monthly net income (a. minus b.) | $ | 1,275.83 |

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
## District of Maryland

In re  **Roxanne Jordan Barger** _____ ,          Case No. _____
                              Debtor

                                                              Chapter   **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        375,000.00 | | |
| B - Personal Property | YES | 3 | $         70,423.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $        320,696.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $         20,036.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $         51,448.32 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        4,361.33 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        3,085.50 |
| TOTAL | | 24 | $        445,423.00 | $        392,180.32 | |

Official Form 6 - Statistical Summary (10/06)

## United States Bankruptcy Court
## District of Maryland

In re  **Roxanne Jordan Barger**

Debtor

Case No. _____

Chapter  **13** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $20,036.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $0.00 |
| TOTAL | $ 20,036.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $4,361.33 |
| Average Expenses (from Schedule J, Line 18) | $3,085.50 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $2,707.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $20,036.00 |
| 4. Total from Schedule F | | $51,448.32 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $71,484.32 |

**Official Form 6 - Declaration (10/06)**

In re  **Roxanne Jordan Barger**                                                Case No.  _____
                              Debtor                                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **26** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **12/4/2006**                                    Signature:  **s/ Roxanne Jordan Barger**
                                                                                **Roxanne Jordan Barger**
                                                                                                Debtor

                                              [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**District of Maryland**

In re:  **Roxanne Jordan Barger**                                                    ,          Case No. _____

                                    Debtor                                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **-69.00** | **Capital Losses** | **2004** |
| **84.00** | **Interest & Dividend Income** | **2004** |
| **0.00** | **Employment** | **2004** |
| **4,878.00** | **Employment** | **2005** |
| **10,724.00** | **Employment** | **2006** |

Form 7-Cont.
(10/05)

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **2,000.00** | **Gross IRA distributions** | **2004** |
| **16.00** | **Net Schedule C Self-Employment Income** | **2004** |
| **8.00** | **Net Schedule E Rental Income (rental of 156 Danford Drive)** | **2004** |
| **1.00** | **Unemployment Compensation** | **2004** |
| **9,000.00** | **Gross IRA Distributions** | **2005** |
| **-12,947.00** | **Net Schedule E Rental Loss** | **2005** |
| **18.00** | **Interest & Dividend Income** | **2005** |
| **-69.00** | **Capital Losses** | **2005** |
| **1,276.80** | **Energy Assistance Grant for 2006** | **2006** |
| **3,320.00** | **Food Stamps** | **2006** |
| **6,000.00** | **Net Proceeds from sale of Danford Drive, Elkton, Maryland (settled April, 2006)** | **2006** |
| **23,177.00** | **Distributions from Dollar Power, Inc. as of 10/27/2006** | **2006** |
| **16,540.00** | **Social Security Benefits ( started in February, 2006)** | **2006** |

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b.  *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Form 7-Cont.
(10/05)

None
☑

c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF | | AMOUNT |
| AND RELATIONSHIP TO DEBTOR | PAYMENTS | AMOUNT PAID | STILL OWING |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year**
immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | | COURT OR AGENCY | STATUS OR |
| AND CASE NUMBER | NATURE OF PROCEEDING | AND LOCATION | DISPOSITION |
|---|---|---|---|
| **Jeffrey B. Fisher v. Leroy G. Barger, et al** **07D06001127** | **Foreclosure Proceeding** | **Circuit Court** **Cecil County** | **pending** |
| **Beneficial Md v. Roxanne Barger, et ux** **8-2006** | **civil complaint** | **District Court** **Cecil County** | **judgment entered** |
| **Capital One v. Roxanne Barger** **2155-2006** | **civil complaint** | **District Court** **Cecil County** | **judgment entered** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable
process within **one year** immediately preceding the commencement of this case.  (Married debtors
filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS | | DESCRIPTION |
| OF PERSON FOR WHOSE | DATE OF | AND VALUE OF |
| BENEFIT PROPERTY WAS SEIZED | SEIZURE | PROPERTY |

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether
or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF REPOSSESSION, | DESCRIPTION |
| NAME AND ADDRESS | FORECLOSURE SALE | AND VALUE OF |
| OF CREDITOR OR SELLER | TRANSFER OR RETURN | PROPERTY |

Form 7-Cont.
(10/05)

## 6. Assignments and receiverships

None
☒

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.   Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.   Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Form 7-Cont.
(10/05)

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling of Md**<br>**757 Frederick Road**<br>**Baltimore, Md 1228** | **October 31, 2006** | **$50.00** |
| **Lawrence A. Price, Jr., P.A.**<br>**808 S. Main Street**<br>**Bel Air, MD 21014** | **October 31, 2006** | **$600.00** |

### 10. Other transfers

None
☒

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Form 7-Cont.
(10/05)

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WSFS** | **checking, $400** | **$400, Feb 2006** |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Form 7-Cont.
(10/05)

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

Form 7-Cont.
(10/05)

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE  EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| | | | | |

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|---------|
| | |

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  <u>12/4/2006</u>              Signature    <u>s/ Roxanne Jordan Barger</u>
                                       of Debtor    **Roxanne Jordan Barger**

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:    **Roxanne Jordan Barger**                              Case No.:

                                                                  Chapter:    **13**

                            Debtor(s)

Exhibit "C" to Voluntary Petition

        1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

        2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

Form 202 (08/06)

# United States Bankruptcy Court
## District of Maryland

In re:  **Roxanne Jordan Barger** _____

Case No. _____

Chapter **13** _____

# STATEMENT OF MILITARY SERVICE

The Servicemembers' Civil Relief Act of 2003, Pub. L. No. 108-189, provides for the temporary suspension of certain judicial proceedings or transactions that may adversely affect military servicemembers, their dependents, and others. Parties to a bankruptcy case who might be eligible for relief under the act should complete this form and file it with the Bankruptcy Court.

## IDENTIFICATION OF SERVICEMEMBER

❑  Self (Debtor, Codebtor, Creditor, Other)
❑  Non-Filing Spouse of Debtor (name)
❑  Other    (Name of servicemember) _____
      (Relationship of filer to servicemember) _____
      (Type of liability) _____

## TYPE OF MILITARY SERVICE

U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, or Coast Guard) or commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration (specify type of service)

❑  Active Service since _____ (date)
❑  Inductee - ordered to report on _____ (date)
❑  Retired / Discharged _____ (date)

U.S. Military Reserves and National Guard

❑  Active Service since _____ (date)
❑  Impending Active Service - orders postmarked _____ (date)
      Ordered to report on _____ (date)
❑  Retired / Discharged _____ (date)

U.S. Citizen Service with U.S. ally in war or military action (specify ally and war or action)

❑  Active Service since _____ (date)
❑  Retired / Discharged _____ (date)

## DEPLOYMENT

❑  Servicemember deployed overseas on _____ (date)
      Anticipated completion of overseas tour-of-duty _____ (date)

## SIGNATURE

**s/ Roxanne Jordan Barger** _____    **12/4/2006** _____
**Roxanne Jordan Barger**    Date

*This statement is for information use only. Filing this statement with the Bankruptcy Court does not constitute an application for or invoke the benefits and relief available under the Servicemembers' Civil Relief Act of 2003.*

Official Form 24
(10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re **Roxanne Jordan Barger**                                ,          Case No. _____

                                    Debtor                              Chapter    **13**  _____

## CERTIFICATION TO COURT OF APPEALS
## BY ALL PARTIES

      A notice of appeal having been filed in the above-styled matter on _____, _____,
_____, and _____, *[Names of all the appellants and all the appellees, if any],*  who
are all the appellants [and all the appellees] hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified
in 28 U.S.C. § 158(d)(2) exists as stated below.

      Leave to appeal in this matter ☐ is ☑ is not required under 28 U.S.C. § 158(a).

*[The certification shall contain one or more of the following statements, as is appropriate to the circumstances.]*

*Or*

*Or*

*[The parties may include or attach the information specified in Rule 8003(f)(3)(C).]*

Signed: *[If there are more than two signatories, all must sign and provide the information requested below. Attach additional signed sheets if needed.]*

**/s/Lawrence A. Price, Jr.**
Attorney for Appellant (or Appellant,
if not represented by an attorney)

**Lawrence A. Price, Jr.**
Printed Name of Signer

**808 S. Main Street**
**Bel Air, MD 21014**
Address

**410-879-7699**
Telephone No.

**12/4/2006**
Date

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF MARYLAND**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Lawrence A. Price, Jr.** | **/s/Lawrence A. Price, Jr.**          **12/4/2006** |
| Printed Name of Attorney | Signature of Attorney                          Date |

Address:

**Lawrence A. Price, Jr., P.A.**
**808 S. Main Street**
**Bel Air, MD 21014**

**410-879-7699**

### Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice.

| | |
|---|---|
| **Roxanne Jordan Barger** | X **s/ Roxanne Jordan Barger**          **12/4/2006** |
| Printed Name of Debtor | **Roxanne Jordan Barger** |
| | Signature of Debtor                          Date |

Case No. (if known) _____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

In re  **Roxanne Jordan Barger**                                    Case No.

Debtor.                                                                              Chapter    **13**

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $**0.00** |
| Five months ago | $**0.00** |
| Four months ago | $**0.00** |
| Three months ago | $**0.00** |
| Two months ago | $**0.00** |
| Last month | $**0.00** |
| Income from other sources | $**0.00** |
| Total net income for six months preceding filing | $ **0.00** |
| **Average Monthly Net Income** | $ **0.00** |

       Attached are all payment advances received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

       Attached are all payment advances received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

       Attached are all payment advances received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:  **12/4/2006**

**s/ Roxanne Jordan Barger**
**Roxanne Jordan Barger**
Debtor

| United States Bankruptcy Court | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account number or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces
☐ amends    a previously filed claim, dated: _____

**1.  Basis for Claim**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, Salaries and compensations (Fill out below)

Last four digits of SS #: _____
Unpaid compensation for services performed
from _____  to _____
     (date)                  (date)

**2.  Date debt was incurred:**

**3.  If court judgment, date obtained:**

**4.  Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim  $** _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate      ☐ Motor Vehicle
☐ Other _____

Value of Collateral:      $ _____

Amount of arrearage and other charges at time case filed included in secured claim , if any:   $ **0.00** _____

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority      $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5.  Total Amount of Claim at Time Case Filed:  $** _____ _____ _____ _____
                               (unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6.  Credits:**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

**7.  Supporting Documents:**  *Attach copies of supporting documents, such as promissory* notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.  Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.)*

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1.  Basis for Claim:**

Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2.  Date Debt Incurred:**

Fill in the date when the debt first was owed by the debtor.

**3.  Court Judgments:**

If you have a court judgment for this debt, state the date the court entered the judgment.

**4.  Classification of Claim**
    **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the

amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**Unsecured Priority Claim:**

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority.  (See DEFINITIONS, above).  A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law.  Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**

Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim".  (See DEFINITIONS, above.)  If your claim is partly secured and partly unsecured, state here the amount that is unsecured.  If part of your claim is entitled to priority, state here the amount not entitled to  priority.

**5.  Total Amount of Claim at Time Case Filed:**

Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6.  Credits:**

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7.  Supporting Documents:**

You must attach  to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**UNITED STATES BANKRUPTCY COURT**
**District of Maryland**

In re:    **Roxanne Jordan Barger**                                                     Case No. _____

                                                                                    Chapter    **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                         $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:                                                                 $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)            $ _____ **0.00**
    4.  Payroll Taxes                                                              _____ **0.00**
    5.  Unemployment Taxes                                               _____ **0.00**
    6.  Worker's Compensation                                            _____ **0.00**
    7.  Other Taxes                                                               _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)            _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                     _____ **0.00**
    10.  Rent (Other than debtor's principal residence)           _____ **0.00**
    11.  Utilities                                                                   _____ **0.00**
    12.  Office Expenses and Supplies                                    _____ **0.00**
    13.  Repairs and Maintenance                                         _____ **0.00**
    14.  Vehicle Expenses                                                   _____ **0.00**
    15.  Travel and Entertainment                                        _____ **0.00**
    16.  Equipment Rental and Leases                                  _____ **0.00**
    17.  Legal/Accounting/Other Professional Fees               _____ **0.00**
    18.  Insurance                                                               _____ **0.00**
    19.  Employee Benefits (e.g., pension, medical, etc.)       _____ **0.00**
    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
        **None**                                                          _____

    21.  Other (Specify):

        **None**                                                          _____

    22.  Total Monthly Expenses (Add items 3 - 21)                       $ _____ **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____ **0.00**