

_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  06–17803 – RAG   Chapter:  13

Roxanne Jordan Barger
1223 Appleton Road
Elkton, MD 21921

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF CHAPTER 13 TRUSTEE FOR MATERIAL DEFAULT IN PLAN PAYMENTS AFTER CONFIRMATION AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) because of a material default by the debtor(s) with respect to a term of debtor(s)' confirmed plan and dismissal is in the best interests of creditors and the estate, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–referenced Chapter 13 case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney for Debtor(s) – Lawrence A. Price Jr.
      Chapter 13 Trustee – Gerard R. Vetter

**18.4a** – *pneal*

## End of Order